# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | § |
| Plaintiff, | § Civil Action No. 2:17-cv-661 |
| v. | § |
| T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON, | § **JURY TRIAL DEMANDED** |
| Defendants, | § |
| NOKIA OF AMERICA CORPORATION, | § |
| Movant-Intervenor. | § |

## ORDER

Before the Court is Nokia of America Corporation's Motion to Intervene. The Court having considered the Motion, is of the opinion that it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that Nokia of America Corporation is permitted to intervene in Civil Action No. 2:17-cv-661-JRG.

**So Ordered this**
Apr 2, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE