# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff*, § § v. § § SPRINT SPECTRUM, L.P., NEXTEL OPERATIONS, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, § § § § § T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, § § § § § § *Defendants*. § | **CIVIL ACTION NO. 2:17-CV-00662-JRG-RSP** (Lead Case) **CIVIL ACTION NO. 2:17-CV-00661-JRG-RSP** (Member Case) |

## ORDER

Before the Court is Plaintiff Intellectual Ventures II LLC's ("Plaintiff") and Defendants Sprint Spectrum, L.P.; Nextel Operations, Inc.; T-Mobile USA, Inc.; T-Mobile US, Inc.; Ericsson Inc., and Telefonaktiebolaget LM Ericsson's (collectively, "Defendants") (together, "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 74). Having considered the same, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all deadlines in the above-styled cases are hereby **STAYED** for thirty (30) days from the issuance of this Order, during which time dismissal papers shall be tendered to the Court.

**So ORDERED and SIGNED this 8th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE